UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON PAGE, | No. C 09-4142 MHP (pr) |
| Petitioner, | **ORDER** |
| v. | |
| MATTHEW CATE, Secretary of the California Department of Corrections & Rehabilitation, | |
| Respondent. | |

Petitioner's request for a certificate of appealability (docket # 22) is DENIED. As stated in the Order of Dismissal, this is not a case in which "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000). Petitioner may file a new request in the U.S. Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

DATED: June 20, 2011

Marilyn Hall Patel
United States District Judge